**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas C. Luther                      CHAPTER 13
                    Debtor(s)
                                             BKY. NO. 22-11376 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ Rebecca Solarz
                                             Rebecca Solarz
                                             06 Jun 2022, 11:28:08, EDT

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322