**Fill in this information to identify the case:**

Debtor 1 _Thomas C Luther_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _EASTERN DISTRICT OF PENNSYLVANIA_____

Case number _22-11376_____

## Official Form 410S1
# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice       07/25/2022

**Last 4 digits** of any number you use to identify the debtor's account:    8624

**New total payment:**        $ 253.27
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ _____        New escrow payment:  $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _Interest rate change for HELOC from a regular change in the applicable index, and rate change is reflected in normal monthly statement._

   Current interest rate:          3.25 %            New interest rate:            3.75 %
   Current principal and interest payment: $ 244.21        New principal and interest payment: $ 253.27

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED AND/OR CHANGE OF PRINCIPAL BALANCE
       _____

   Current mortgage payment: $ 244.21             New mortgage payment: $ 253.27

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1    Thomas C Luther
First Name    Middle Name    Last Name

Case number *(if known)* 22-11376

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/   Mary J. Carter
Signature

Date 07/01/2022

Print:  Mary J. Carter

Title  Assistant Vice President

Company  bank of america

Address  4161 Piedmont Pkwy
Number        Street

Greensboro, NC  27410
City                                State      ZIP Code

Contact phone  (336) 333-7221

Email  mary.carter3@bofa.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 22-11376

Judge: MAGDELINE D. COLEMAN

In re:

Thomas C Luther

Debtor(s).

# CERTIFICATE OF SERVICE

I hereby certify that on 07/01/2022, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor:  Thomas C Luther
28 Hollybrooke Dr
Langhorne, PA 19047-5754

Debtor's Attorney:  JOHN M. KENNEY
308 N Oxford Valley Rd
Fairless Hills, PA 19030-2610

Trustee:  KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia, PA 19107-3704

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com