**Fill in this information to identify the case:**

Debtor 1: Thomas C Luther

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number: 22-11376

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/25/2022

**Last 4 digits** of any number you use to identify the debtor's account: 8624

**New total payment:** $ 270.38
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest rate change for HELOC from a regular change in the applicable index, and rate change is reflected in normal monthly statement.

   Current interest rate: 3.75 %    New interest rate: 4.5 %
   Current principal and interest payment: $ 253.27    New principal and interest payment: $ 270.38

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED AND/OR CHANGE IN PRINCIPAL BALANCE

   Current mortgage payment: $ 253.27    New mortgage payment: $ 270.38

Debtor 1  Thomas C Luther
   First Name  Middle Name  Last Name

Case number *(if known)* 22-11376

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Letitia Parker
Signature

Date 08/02/2022

Print: Letitia Parker

Title: Assistant Vice President

Company: bank of america

Address: 4161 Piedmont Parkway
Number  Street

Greensboro, NC  27410
City  State  ZIP Code

Contact phone (888) 702-1161

Email letitia.parker@bofa.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 22-11376

In re:                                                                            Judge:  MAGDELINE D. COLEMAN

Thomas C Luther

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 08/02/2022, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor:          Thomas C Luther
                 28 Hollybrooke Dr
                 Langhorne, PA 19047-5754

Debtor's         JOHN M. KENNEY
Attorney:        308 N Oxford Valley Rd
                 Fairless Hills, PA 19030-2610

Trustee:         KENNETH E. WEST
                 1234 Market St Ste 1813
                 Philadelphia, PA 19107-3704


/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com