**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USHI |
|---|---|
| Pay Begin Date: | 02/19/2022 |
| Pay End Date: | 03/04/2022 |

| Check #: | |
|---|---|
| Check Date: | 03/04/2022 |

**Thomas Luther**
28 Hollybrooke Dr.
LANGHORNE, PA 19047

| Employee ID: | 002304534 |
|---|---|
| Location: | 1572-Langhorne, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $15.29 Hourly |

**TAX DATA:**
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Discretionary Bonus | 02/19/2022 | 03/04/2022 | 0 | 0 | 400.00 | 0 | 400.00 |
| Holiday | | | 0 | | | 12 | 183.48 |
| HolPayOut | | | 0 | | | 0.8 | 12.24 |
| Regular | | | 0 | | | 140.68 | 2,151.04 |
| Vacation | | | 0 | | | 8 | 122.32 |
| Vacation Pay Out | | | 0 | | | 1.98 | 30.28 |
| **TOTAL:** | | | | | 400.00 | 140.68 | 2,899.36 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 24.80 | 177.91 |
| Medicare | 5.80 | 41.61 |
| Federal Withholding | 88.00 | 293.40 |
| State Tax - PA | 12.28 | 88.09 |
| SUI-Employee Paid - PA | 0.24 | 1.74 |
| City- - MDLTN | 2.00 | 14.35 |
| LST- - MDLTN | 2.00 | 10.00 |
| **TOTAL:** | 135.12 | 627.10 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | | 174.97 |
| Dental Self Before-Tax | | 29.82 |
| **TOTAL:** | 0.00 | 204.79 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision | | 27.24 |
| **TOTAL:** | 0.00 | 27.24 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan ER | | 106.25 |
| **TOTAL:** | 0.00 | 106.25 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 400.00 | 400.00 | 135.12 | 0.00 | 264.88 |
| YTD | 2,899.36 | 2,694.57 | 627.10 | 232.03 | 2,040.23 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7678 | 264.88 |
| **TOTAL:** | | | 264.88 |

MESSAGE:  #1 *Taxable Employer Paid Benefit
#2
#3

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USH1 |
|---|---|
| Pay Begin Date: | 02/19/2022 |
| Pay End Date: | 03/04/2022 |

| Check #: | |
|---|---|
| Check Date: | 03/11/2022 |

**Thomas Luther**
28 Hollybrooke Dr.
LANGHORNE, PA 19047

| Employee ID: | 002304534 |
|---|---|
| Location: | 1572-Langhorne, PA |
| Job Title: | Customer Service Associate |
| Pay Rate: | $15.29 Hourly |

**TAX DATA:**
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Winning Together | 10/30/2021 | 01/28/2022 | 0 | 0 | 112.09 | 0 | 112.09 |
| Discretionary Bonus | | | 0 | | | 0 | 400.00 |
| Holiday | | | 0 | | | 12 | 183.48 |
| HolPayOut | | | 0 | | | 0.8 | 12.24 |
| Regular | | | 0 | | | 140.68 | 2,151.04 |
| Vacation | | | 0 | | | 8 | 122.32 |
| Vacation Pay Out | | | 0 | | | 1.98 | 30.28 |
| **TOTAL:** | | | | | 112.09 | 140.68 | 3,011.45 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 6.95 | 184.86 |
| Medicare | 1.62 | 43.23 |
| Federal Withholding | 22.93 | 316.33 |
| State Tax – PA | 3.44 | 91.53 |
| SUI-Employee Paid – PA | 0.07 | 1.81 |
| City-- MDLTN | 0.56 | 14.91 |
| LST-- MDLTN | | 10.00 |
| **TOTAL:** | 35.57 | 662.67 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 7.85 | 182.82 |
| Dental Self Before-Tax | | 29.82 |
| **TOTAL:** | 7.85 | 212.64 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision | | 27.24 |
| **TOTAL:** | 0.00 | 27.24 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan ER | 4.77 | 111.02 |
| **TOTAL:** | 4.77 | 111.02 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 112.09 | 104.24 | 35.57 | 7.85 | 68.67 |
| YTD | 3,011.45 | 2,798.81 | 662.67 | 239.88 | 2,108.90 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******7678 | 68.67 |
| **TOTAL:** | | | 68.67 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2
#3