# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-11376-MDC

THOMAS C LUTHER

28 HOLLYBROOKE DRIVE

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THOMAS C LUTHER

    28 HOLLYBROOKE DRIVE

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY, ESQ
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 10/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee