IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Thomas C. Luther

:    Case No. 22-11376 MDC
:    Chapter 13
:    Hearing Date: 2/7/2023
:    Hearing Time: 10:30 AM
:    U.S. Bankruptcy Court
:    Robert Nix Building
:    900 Market Street, Suite 200
:    Philadelphia, PA  19107
:    Courtroom #2

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

To: Bank of America, NA.:

Debtor, Thomas C. Luther, has filed an objection to the proof of claim you filed in this bankruptcy case.

**<u>Your claim may be reduced, modified or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, on February 7, 2023 at 10:30 a.m., Courtroom # 2, United States Bankruptcy Court, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 200, Philadelphia, PA  19107.

If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: January 5, 2023

s/ John M. Kenney
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Thomas C. Luther

: Case No. 22-11376 MDC
: Chapter 13
: Hearing Date: 2/7/2023
: Hearing Time: 10:30 AM
: U.S. Bankruptcy Court
: Robert Nix Building
: 900 Market Street, Suite 200
: Philadelphia, PA  19107
: Courtroom #2

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

The undersigned, attorney for Movant, does hereby certify that I did on January 5, 2023, forward the attached Notice of Objection to Claim, Objection to Claim, and Proposed Order to Bank of America, NA through their Counsel Brian C. Nicolas, Esq KML Law Group PC 701 Market Steet Suite 5000 Philadelphia Pa 19106 via regular mail, electronic filing and email to bnicholas@kmllawgroup.com.

I declare under penalty of perjury that the foregoing is correct.

Date: January 5, 2023

s/ John M. Kenney_____
John M. Kenney, Esquire
Attorney for Movant/Debtor
308 N. Oxford Valley Road
Fairless Hills, PA  19030
215-547-3031