IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Thomas C. Luther | : Docket No. 22-11376 |
|       Debtor | : |

## **PRAECIPE TO WITHDRAW**

   Kindly withdraw the Objection to Proof of Claim of Bank of America, N.A. filed on January 5, 2023 in the above matter.

Date: March 6, 2023

/s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA 19030
(215) 547-3031