**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                                          **CASE NO.: 22-11376-mdc**
**Thomas C Luther,**                                                                        **CHAPTER 13**
    **Debtor.**
_____/

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE THAT**, on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Docket Entry 17, Objection to Confirmation of Plan, filed on July 15, 2022.**

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100,
        Boca Raton, FL 33487
        Telephone: 470-321-7112

        By: /s/Charles Wohlrab
            Charles Wohlrab, Esq.
            Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Thomas C Luther
28 Hollybrooke Drive
Langhorne, PA 19047

And via electronic mail to:

JOHN M. KENNEY
John M. Kenney P.C.
308 North Oxford Valley Road
Fairless Hills, PA 19030

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

                                          By: /s/ Megan Day____
                                          Megan Day
                                          Email: mday@raslg.com