# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas C. Luther<br>　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| BANK OF AMERICA, N.A., its successors and/or assigns<br>　　　　　　　Movant | |
| 　　vs. | |
| | NO. 22-11376 MDC |
| Thomas C. Luther<br>　　　　　　　Debtor(s) | |
| | |
| Kenneth E. West<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about July 18, 2022.

Dated: April 3, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Mark Cronin
　　　　　　　　　　　　　　　　　　　　Mark Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com